**No. 48971.**—Protests 726260–G/82157, etc., of Caradine Hat Co. (Chicago).

Opinion by TILSON, J. The record showed that certain items consist of 8-bu. paper hats similar to those passed upon in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein. The protests were therefore sustained to this extent.

BEFORE THE THIRD DIVISION, NOVEMBER 23, 1943

**No. 48972.**—Petition 6387–R of British Ministry of Supply Mission (Baltimore).

Opinion by CLINE, J. It appeared from the record that a cablegram in which the value of the goods was given as 150 rials was garbled and that it should have read 1,050 rials. The invoice and a letter explaining the invoice were forwarded to the broker with instructions to amend the entry, but the invoice had inadvertently been passed by the appraiser at the invoice value. The collector filed an appeal for reappraisement and when the case came before the court the parties stipulated that the value was 1,050 rials per 100 skins. The court found that the petitioner acted without intention to misrepresent the facts or defraud the revenue of the United States. The petition was therefore granted.

NOVEMBER 17, 1943

**No. 48973.**——Protest 980141–G of How Kee & Co. Plaintiff's application for rehearing granted.

**No. 48974.**—Protests 56469–K, etc., of Columbia Co. et al. Government's application for rehearing granted.

NOVEMBER 19, 1943

**No. 48975.**—Protests 965582–G, etc., of Columbia Co. et al. Government's application for rehearing granted.

**No. 48976.**——Protest 656121–G of Genuine Panama Hat Works, Inc. Plaintiff's application of November 16, 1943, for rehearing granted.

BEFORE THE FIRST DIVISION, NOVEMBER 24, 1943

**No. 48977.**—Protests 986082–G, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. At the trial counsel agreed that the merchandise is the same as that the subject of Abstract 47964, which record was received in evidence. In accordance therewith the claim under paragraph 397 was sustained.